IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-490-CR




FRANK SOLIZ,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT OF AT LAW NO. 7 OF TRAVIS COUNTY



NO. 382-457, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING


 




PER CURIAM


 This is an appeal from a judgment of conviction for assault. Punishment was
assessed at confinement for 180 days and $1000 fine, probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: October 13, 1993

Do Not Publish